Holland Coal Company, defendant in error, v. A. T. Pyfer & Company and Oscar Wolff, coroner of Cook county, Illinois, plaintiffs in error. Gen. No. 31,208.

Bill for discovery, for an injunction and for a receiver. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927. Rehearing denied March 28, 1927.

John Thornton Gilbert, for plaintiffs in error. Phillip J. Maguire, for defendant in error; Walter T. Quigley, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Mae Davis, appellant, v. Missouri State Life Insurance Company, appellee. Gen. No. 31,230.

Action on life insurance policies. Judgment for defendant on directed verdict. Appeal from the Superior Court for Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Jourdan & English and Burry, Johnstone & Peters, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Guardian National Bank of Chicago, appellant, v. F. J. Lewis Manufacturing Company and Standard Trust & Savings Bank, appellees. Gen. No. 31,248.

Replevin to determine ownership of bonds. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927. Rehearing denied and supplemental opinion filed March 28, 1927.

Altheimer & Mayer, for appellant; Gideon S. Thompson, of counsel. Augustine L. Schaf and Castle, Williams, Long & Castle, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Louis Cohen and Abe Topper, trading as Louis Cohen & Topper, defendants in error, v. Isidore Garber et al., plaintiffs in error. Gen. No. 31,264.

Action on judgment notes. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

Fruchtl & Busch, for plaintiffs in error. Levinson & Levinson, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.